ORDERED.

Dated: July 05, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                                        Case No.: 6:17-bk-00368-KSJ

JOSE BRAVO, III                                                        Chapter 13

     Debtor

_____/

**ORDER SUSTAINING OBJECTION TO CLAIM No. 22
OF ARMY & AIR FORCE EXCHANGE SERVICES (DOC. No. 33)**

THIS CASE came before the Court upon the Debtors' Objection to Claim No. 22 of creditor Army & Air Force Exchange Services (Doc. No. 33). The Objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties their opportunity to respond within 30 days of the date of service. No party filed a response within the time permitted; and the Court therefore considers the matter to be unopposed.

Accordingly, it is

**ORDERED** that the Objection is SUSTAINED. The Creditor's Claim is hereby DISALLOWED.

Attorney Randall W. Hanson is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.